UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             CASE NO. 3:16-cv-509-J-20JRK

REAL PROPERTY LOCATED AT
2053 SALT MYRTLE AVENUE,
FLEMING ISLAND, FLORIDA,

        Defendant.

OWNER OF RECORD: GREGORY S. CARTER and MARY JANE CARTER, his wife

**GOVERNMENT'S NOTICE OF RENEWAL[1] OF *LIS PENDENS***

TO:   GREGORY S. CARTER, MARY JANE CARTER and ALL OTHERS WHOM IT MAY CONCERN:

NOTICE IS HEREBY GIVEN that on October 27, 2016, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court, Middle District of Florida, Jacksonville Division, between the parties named.  The above referenced action is still pending.

---

[1] This notice renews the Government's Notice of *Lis Pendens*, Doc. 2, recorded in the Official Records of Clay County, Florida on April 28, 2016, Book 3852, Page 482.

Plaintiff, United States of America is seeking to forfeit the real property located at 2053 Salt Myrtle Lane, Fleming Island, Florida 32003, being the same premises conveyed to Gregory S. Carter and Mary Jane Carter, his wife, by virtue of that Warranty Deed recorded on February 27, 2015 in the public records of Clay County, Florida, OR Book 3723, Page 996, including all improvements thereon and appurtenances thereto, more particularly described as:

> Lot 15, Pace Island Unit Eight, according to the map or plat thereof, as recorded in Plat Book 23, Page(s) 39 through 42, of the Public Records of Clay County, Florida
>
> Parcel ID Number: 200426-013153-004-52.

The United States seeks forfeiture of the above referenced real property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A).

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle

District of Florida, U.S. Federal Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202-4270.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

*By:*   *s/ Bonnie A. Glober*
        BONNIE A. GLOBER
        Assistant United States Attorney
        Florida Bar No. 0748307
        United States Attorney's Office
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail: bonnie.glober@usdoj.gov