UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                CASE NO. 3:16-cv-509-J-20JRK

REAL PROPERTY LOCATED AT
2053 SALT MYRTLE AVENUE,
FLEMING ISLAND, FLORIDA,

      Defendant.

OWNER OF RECORD:  GREGORY S. CARTER and MARY JANE
                            CARTER, his wife

**GOVERNMENT'S NOTICE OF SECOND**
**RENEWAL OF *LIS PENDENS***

TO:   GREGORY S. CARTER, MARY JANE CARTER and ALL
      OTHERS WHOM IT MAY CONCERN:

NOTICE IS HEREBY GIVEN that on October 27, 2016, the United

States of America filed a Verified Complaint for Forfeiture *In Rem* in the

United States District Court, Middle District of Florida, Jacksonville Division,

between the parties named.  The above referenced action is still pending.

Plaintiff, United States of America is seeking to forfeit the real property

located at 2053 Salt Myrtle Lane, Fleming Island, Florida 32003, being the

same premises conveyed to Gregory S. Carter and Mary Jane Carter, his wife,

by virtue of that Warranty Deed recorded on February 27, 2015 in the public

records of Clay County, Florida, OR Book 3723, Page 996, including all

improvements thereon and appurtenances thereto, more particularly described

as:

> Lot 15, Pace Island Unit Eight, according to the map
> or plat thereof, as recorded in Plat Book 23, Page(s)
> 39 through 42, of the Public Records of Clay County,
> Florida
>
> Parcel ID Number: 200426-013153-004-52.

The United States seeks forfeiture of the above referenced real property,

pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A).

Further information concerning this action may be obtained from the

records of the Clerk of Court for the United States District Court, Middle

District of Florida, U.S. Federal Courthouse, 300 N. Hogan Street,

Jacksonville, Florida 32202-4270.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney
Florida Bar No. 0748307
United States Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: bonnie.glober@usdoj.gov